Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

RECEIVED

NOV 29 2021

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

for the

Northern District of CALIFORNIA

San Francisco Division

FILED

NOV 29 2021

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CV 21 9233

DMR

CHRISTOPHER DANIEL MARRS

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ☐ Yes  ☑ No

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

CITY OF IMPERIAL
CITY OF IMPERIAL POLICE DEPARTMENT

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | CHRISTOPHER DANIEL MARRS |
| Address | 210 CHURCH ST 10 |

| | | |
|---|---|---|
| SAN FRANCISCO | CA | 94114 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | SAN FRANCISCO |
| Telephone Number | 415-369-7337 |
| E-Mail Address | christophermarrs@me.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CITY OF IMPERIAL |
| Job or Title *(if known)* | POLICE OFFICER |
| Address | 420 SOUTH IMPERIAL AVE |

| | | |
|---|---|---|
| IMPERIAL | CA | 92251 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | IMPERIAL |
| Telephone Number | 7603554327 |
| E-Mail Address *(if known)* | JSCHAFFER@CITYOFIMPERIAL.ORG |

[ ] Individual capacity    [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | DENNIS MORITA |
| Job or Title *(if known)* | CITY MANAGER/ CITY OF IMPERIAL |
| Address | 420 SOUTH IMEPRIAL AVE |

| | | |
|---|---|---|
| IMPERIAL | CA | 92251 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | IMPERIAL |
| Telephone Number | 7603554327 |
| E-Mail Address *(if known)* | dmorita@cityofimperial.org |

[ ] Individual capacity    [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Geoffrey P Holbrook |
| Job or Title *(if known)* | City Attorney |
| Address | 420 S IMPERIAL AVE |

| IMPERIAL | CA | 92251 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Failure to Defend

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

I reported several crimes to JEREMY SCHAFFER and Dennis Morita at the CITY OF IMPERIAL. Officer Jeremy SCHAFFER asked me, a civilian citizen, "What penal codes does this relate to?", Dennis Morita stated that he would hire outside Mediation and to date, never has. Requested JAMS to a no response by CITY OF IMPERIAL. Requested help from ACLU, Dennis Mortia, who is also a licensed attorney, failed to certify

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Member of Imperial City Council has attempted and completed, embezzlement of funds including custody and control of $36,166 dollars in PPP loans originated at Wellsfargo Bank NA, stolen gmail account in attempt to hide evidence including communications with the City of Imperial.

B.    What date and approximate time did the events giving rise to your claim(s) occur?
June 2020 till present.

C.    What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
On June 6, 2020 I visited Wellsfargo Bank because my Business debit card was not working. During that visit, I discovered that a paycheck protection loan was originated with myself as guarantor but without knowledge of where the location of the money was or who had access to the accounts. I then discovered that more than 5 years of California Secretary of State filings were deleted and new filings were in place for Corporation C3784160 HUMBLE FARMER BREWING CO INC. naming City council member, Katherine Burnsworth as officer, director of the corporation. Katherine Burnsworth then  secretly met with actual shareholders, created fake and fraudulent board minutes and stock certificates, presented it Wellsfargo Bank and removed me from all accounts. At the request of Wellsfargo, I sent all information to the chief of Police, Leonard Ibarra via email. The chief responds "Whats this?" I then call down to dispatch and speak with Officer Schaffer who asks me what penal codes does this relate to for stolen email, custody and control of not only this paycheck protection loan of $36,166 but also, custody and control of city loan in the amount of $46,000 which I also was a guarantee of (not councilwomen Burnsworth)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The violation of my civil rights, the failure to defend by the CITY OF IMPERIAL has caused me anxiety which I have undergone therapy and prescribed BUPROPION as the CITY OF IMPERIAL posts on their official social media accounts with officer Jeremy Schaffer with Councilwomen Katherine Burnsworth at various events. To see a peace officer smiling with another person, which I believe to be a criminal, causes me anxiety beyond measure. JEREMY SCHAFFER has appointed himself, judge, jury, district attorney, US ATTOREY by emailing me that no crimes were committed and this is a civil matter between two people. I plead with the court that stealing someones email, gaining custody and control of $82,166 to council member Katherine Burnsworth is a crime. Due to the fact that I have zero access to my email, I cannot even pursue a shareholder derivative action in circuit court because I do not have the evidence to make it a civil matter. Wellsfargo position is that they relied on the police department to forward the information to the district attorney, which I have never been contacted by because Officer Schaffer is Judge and Jury. I have several insurance policies with Farmers that protect be for cyber security to recover email and pay for legal fees but claim was denied due to Officer Schaffer conduct. I have spent more than $10,000 in attorney fees for attorneys to give me case cost estimates of more than $75,000 to pursue damages because of the city of imperial.  Dennis Morita, who was also acting at the time as the CITY ATTORNEYin dual capacity,  emailed me that he would unilaterally just take me off of the loan, which I never requested. This  an action on behalf of the CITY OF IMPERIAL is simply to protect claims of TITLE 7 IN NON DISCRIMINATION PARAGRAPH of CITY LOAN AGREEMENT attached.  I cannot recover emails from my gmail servicing account because I authorized council member Katherine Burnsworth as a superuser on Gmails platform which she deleted all my accounts for the last 16 years.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would like an order to email to release all emails to Plaintiff with the following email addresses. christopher.marrs@sevensixo.com, christopher@christophermarrs.com, christopher@760team.com, cm@humblefarmerbrewing.

 I would like federal interpretation with CITY OF IMPERIAL, CITY OF IMPERIAL Police Department, US Attorney Office, Imperial County District Attorney Office, Wellsfargo Bank, Farmers Insurance and United States Small Business Administration

Exhibit A -Wellsfargo Incident Report
Exhibit B - SBA Capital Access System showing Christopher Marrs 8930 as a guarantor
Exhibit C- Deleted California Secretary of State Filings, Statement of Information
Exhibit D Google Support Services requesting a court order
Exhibit E  City Loan Agreement

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/29/2021

Signature of Plaintiff

Printed Name of Plaintiff      CHRISTOPHER DANIEL MARRS

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address